U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 18 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PEDRO MCDONALD

VERSUS

WARDEN, FEDERAL DETENTION
CENTER, OAKDALE

CIVIL ACTION NO: 13-0905

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED**, and Petitioner's complaint is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2253(c), petitioner's request for a Certificate of Appealability is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this ___18___ day of February, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE